IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELE COLELLA AND DENISE DUSSAULT,

    Plaintiffs,

  v.

THE REPUBLIC OF ARGENTINA,

    Defendant.
                                        /

No. C 07-80084 WHA

**ORDER FOLLOWING MARCH 29 HEARING**

Following the hearing on March 29, 2007, the following is ordered:

1. The orders and writs of execution issued on March 27 and March 28 are **WITHDRAWN**.

2. The parties are to meet and confer regarding a possible stipulation whereby Argentina will notify plaintiffs if the airplane at issue will be coming to the United States. This would allow both sides to present arguments to the appropriate court with a decreased chance that the issue would become moot.

3. Absent a stipulation regarding the above, defendant shall file a motion to quash or other appropriate motion by **APRIL 12, 2007.** Plaintiffs' opposition will be due by **APRIL 19, 2007.** Defendant's reply will be due by **APRIL 24, 2007.** Defendant may have up to 30 pages total for both the opening and the reply, with up to 10 pages reserved for reply. Plaintiffs may have up to 30 pages for their opposition. Declarations are disfavored but will be allowed if

there is a good-faith basis for their inclusion.  The Court will hold a hearing on **MAY 3, 2007**, at **8:00 A.M.**

**IT IS SO ORDERED.**

Dated:  March 29, 2007.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2