IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALFONSO FARQUHARSON,

    Petitioner,

  v.

DERRAL G. ADAMS, Warden,

    Respondent.
                                         /

No. C 06-07338 WHA

**ORDER SETTING POST-HEARING BRIEFING SCHEDULE**

At oral argument, the issue came up whether the seven-month delay between the denial of the motion to recall the remittitur and the filing of the petition for writ of habeas corpus before the California Supreme Court was "reasonable." *See Evans v. Chavis*, 126 S. Ct. 846 (2006). By **APRIL 12, 2007**, Mr. McCarthy may file a declaration setting forth detailed facts explaining what caused the seven-month delay. Also by April 12, Mr. McCarthy may file a three-page brief explaining why, in his view, the seven-month delay was reasonable. Ms. Swanson may file a three-page response by **APRIL 19, 2007**. No extensions will be granted.

**IT IS SO ORDERED.**

Dated: March 29, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE